UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

*Patricia Howard, et al. v. Bayer Corporation, et al.*   No. 10-cv-20236-DRH

*Tawana Reves v. Bayer Corporation, et al.*   No. 10-cv-20087-DRH

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on January 17, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:   /s/*Sara Jennings*
        Deputy Clerk

Dated:  January 22, 2014

Digitally signed by
David R. Herndon
Date: 2014.01.22
08:48:23 -06'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT